AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| District of Columbia Council of the Blind, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:25-cv-01694-TSC |
| District of Columbia | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                      .

Date:     06/11/2025                                     /s/ Rachel Weisberg
                                                                          *Attorney's signature*

                                                                          Rachel Weisberg (6297116)
                                                                          *Printed name and bar number*

                                                                          DISABILITY RIGHTS ADVOCATES
                                                                          300 South Wacker Drive, Floor 32
                                                                          Chicago, IL 60606-6680

                                                                          *Address*

                                                                          rweisberg@dralegal.org
                                                                          *E-mail address*

                                                                          (332) 217-2319
                                                                          *Telephone number*

                                                                          (212) 644-8636
                                                                          *FAX number*