**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA COUNCIL OF THE BLIND,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No. 1:25-cv-01694-TSC** |

**JOINT MOTION TO STAY DEADLINES TO MOVE FOR
CLASS CERTIFICATION AND TO RESPOND TO THE COMPLAINT**

Plaintiffs District of Columbia Council of the Blind, Qudsiya Naqui, Kevin Andrews, Gerald Barnes, Ray Smith, and Claire Stanley, and Defendant District of Columbia (collectively, the Parties) jointly request, pursuant to Rule 6(b)(1)(A) and LCvR 7(m), that the Court stay their deadlines to, respectively, move for class certification and respond to the Complaint.  The current deadline for Plaintiffs to move for class certification is October 14, 2025, and the current deadline for the District to respond to the Complaint is August 25, 2025.  The Parties propose that the stay expire 30 days from the latter deadline, on September 24, 2025, on which date the Parties would file a joint status report either requesting that the stay be extended or proposing a schedule for further proceedings.

Rule 6(b)(1)(A) provides for extensions of existing deadlines upon a showing of "good cause."  Here, the Parties are currently discussing the potential for a settled resolution of this matter, and staying these current litigation deadlines would facilitate the discussions.  Accordingly, the Parties submit that good cause exists and request that the Court grant this

Motion.  Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority.

A proposed order follows, as required by LCvR 7(c).

Dated:  August 25, 2025

Respectfully Submitted,

/s/_____
Michael Allen (D.C. Bar No. 409068)
Jennifer Klar (D.C. Bar No. 479629)
Robert Hunter (D.C. Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington D.C. 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com
jklar@relmanlaw.com
rhunter@relmanlaw.com

Kaitlin Banner (D.C. Bar No. 1000436)
Chelsea Sullivan (D.C. Bar No. 90017708)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
chelsea_sullivan@washlaw.org

Rachel Weisberg (pro hac vice)
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, Floor 32
Chicago, IL 60606-6680
Tel: (332) 217-2319
Fax: (212) 644-8636
rweisberg@dralegal.org

Erin Gallagher (pro hac vice)
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, Suite 2619
New York, NY 10017-5621
Tel: (332) 217-2297
Fax: (212) 644-8636
egallagher@dralegal.org

2

*Counsel for Plaintiffs*


BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Brendan Heath*
DAVID R. WASSERSTEIN [1736006]
BRENDAN HEATH [1619960]
PATRICK DUPREY [90030521]
Assistant Attorneys General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendant*

3