**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA COUNCIL OF THE BLIND,** *et al.*, <br><br>     **Plaintiffs,** <br><br>     **v.** <br><br> **DISTRICT OF COLUMBIA,** <br><br>     **Defendant.** | **Civil Action No. 1:25-cv-01694-TSC** |

## <u>ORDER</u>

Upon consideration of the Parties' Joint Motion to Stay Deadlines to Move for Class Certification and to Respond to the Complaint (Motion), and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' deadline to move for class certification and Defendant's deadline to respond to the complaint are stayed, and it is further

**ORDERED** that absent further order of the Court, the Parties shall file a Joint Status Report on or before September 24, 2025, informing the Court as to the Parties' positions on whether the stay should be extended or how this matter should proceed.

**SO ORDERED**.

Date: _____       _____
                                             THE HONORABLE TANYA S. CHUTKAN
                                             Judge, United States District Court
                                             for the District of Columbia