**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA COUNCIL OF
THE BLIND, *et al.*,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Case No.: 1:25-cv-01694-TSC

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2025 Minute Order and Local Rule 7(a), Plaintiffs District of Columbia Council of the Blind, Qudsiya Naqui, Kevin Andrews, Gerald Barnes, Ray Smith, and Claire Stanley and Defendant District of Columbia (collectively, "the Parties") file this Joint Status Report.

On November 20, 2025, the Court granted the Parties' October 10, 2025 Joint Motion to Stay and Refer to Mediation. Dkt 25. The Parties were ordered to file a joint status report on or before February 20, 2026, updating the Court on the status of mediation and advising it as to the Parties' position on whether the stay should be extended. Since that time, the Parties have exchanged information, engaged in two productive mediation sessions on January 22, 2026 and February 19, 2026, and have a further mediation session scheduled for April 9, 2026.

The Parties respectfully request that the Court extend its stay of all case deadlines by an additional 90 days, through May 28, 2026, to continue these negotiations. The Parties propose to file a joint status report on or before May 21, 2026, to update the Court on the status of ongoing negotiations and whether they believe a further extension of the stay at that point would be warranted.

Date: February 20, 2026

/s/ Robert Hunter
Michael Allen (D.C. Bar No. 409068)
Jennifer Klar (D.C. Bar No. 479629)
Robert Hunter (D.C. Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington D.C. 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com
jklar@relmanlaw.com
rhunter@relmanlaw.com

Kaitlin Banner (D.C. Bar No. 1000436)
Chelsea Sullivan (D.C. Bar No. 90017708)
WASHINGTON LAWYERS'
COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Ste. 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
chelsea_sullivan@washlaw.org

Rachel Weisberg*
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, Floor 32
Chicago, IL 60606-6680
Tel: (332) 217-2319
Fax: (212) 644-8636
rweisberg@dralegal.org

Erin Gallagher*
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, Suite 2619
New York, NY 10017-5621
Tel: (332) 217-2297
Fax: (212) 644-8636
egallagher@dralegal.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Brendan Heath
DAVID WASSERSTEIN [1736006]
BRENDAN HEATH [1619960]
PATRICK DUPREY [90030521]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendant*

2