**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA COUNCIL OF THE BLIND,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No. 1:25-cv-1694-TSC** |

## JOINT STATUS REPORT

The Parties submit this joint status report pursuant to the Court's February 27, 2026 Minute Order, directing the Parties to update the Court on the status of mediation.  *See* Feb. 27, 2026 Min. Ord.  Since that Order, the Parties have remained engaged in good-faith efforts to settle this case, including having mediation sessions on April 9, 2026 and May 5, 2026, but need additional time to determine if mediation will be successful.  Therefore, the Parties respectfully request that the Court extend the stay in this case by 90 days.  The Parties propose filing a joint status report at the conclusion of this period, on or before August 19, 2026, informing the Court of the status of mediation and whether they believe the stay should be extended or lifted.

Date: May 21, 2026

Respectfully submitted,

*/s/ Michael Allen*
Michael Allen (D.C. Bar No. 409068)
Jennifer Klar (D.C. Bar No. 479629)
Robert Hunter (D.C. Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington D.C. 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

jklar@relmanlaw.com
rhunter@relmanlaw.com

Kaitlin Banner (D.C. Bar No. 1000436)
Chelsea Sullivan (D.C. Bar No. 90017708)
WASHINGTON LAWYERS'
COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Ste. 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
chelsea_sullivan@washlaw.org

Rachel Weisberg*
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, Floor 32
Chicago, IL 60606-6680
Tel: (332) 217-2319
Fax: (212) 644-8636
rweisberg@dralegal.org

Erin Gallagher* (pro hac vice)
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, Suite 2619
New York, NY 10017-5621
Tel: (332) 217-2297
Fax: (212) 644-8636
egallagher@dralegal.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Brendan Heath
DAVID WASSERSTEIN [1736006]
BRENDAN HEATH [1619960]
PATRICK DUPREY [90030521]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendant*

2