**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA COUNCIL OF THE BLIND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No.: 1:25-cv-01694-TSC |

**JOINT STATUS REPORT**

Pursuant to the Court's May 21, 2026 Minute Order, Plaintiffs District of Columbia Council of the Blind, Qudsiya Naqui, Kevin Andrews, Gerald Barnes, Ray Smith, and Claire Stanley and Defendant District of Columbia (collectively, "the Parties") file this Joint Status Report to update the Court on the status of mediation. *See* May 21, 2026 Min. Ord. Since that Order, the Parties have remained engaged in productive settlement discussions, including exchanging information and engaging in two mediation sessions on June 12, 2026 and June 23, 2026, and mediation is ongoing. As this Court ordered, the Parties will file a joint status report on or before October 19, 2026, to update the Court on the status of ongoing negotiations and whether they believe a further extension of the stay at that point would be warranted. *Id.*

Date: August 18, 2026

*/s/ Chelsea Sullivan*
Chelsea Sullivan (D.C. Bar No. 90017708)
Kaitlin Banner (D.C. Bar No. 1000436)
WASHINGTON LAWYERS'
COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Ste. 400

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
kaitlin_banner@washlaw.org
chelsea_sullivan@washlaw.org

Michael Allen (D.C. Bar No. 409068)
Jennifer Klar (D.C. Bar No. 479629)
Robert Hunter (D.C. Bar No. 90031794)
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, D.C.20036
Tel: (202) 728-1888
Fax: (202) 728-0848
mallen@relmanlaw.com
jklar@relmanlaw.com
rhunter@relmanlaw.com

Rachel Weisberg*
DISABILITY RIGHTS ADVOCATES
980 N Michigan Ave., Ste 1090
PMB 509115
Chicago, IL 60611-4521
Tel: (332) 217-2363
Fax: (510) 665 8511
rweisberg@dralegal.org

Erin Gallagher* (pro hac vice)
DISABILITY RIGHTS ADVOCATES
228 Park Ave S
PMB 509115
New York, NY 10003-1502
Tel: (332) 217-2297
Fax: (510) 665-8511
egallagher@dralegal.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Brendan Heath*
DAVID WASSERSTEIN [1736006]
BRENDAN HEATH [1619960]
PATRICK DUPREY [90030521]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendant*